RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>Makhan Singh Dabb, et al.,<br>　　　　Defendants. | Case Number 20-5402 SK<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE CASE |

Plaintiff Richard Sepulveda, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal with prejudice of this entire matter with respect to all defendants and all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket. No defendant has filed an answer or other responsive pleading.

Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda

October 23, 2020

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE CASE – 20-5402 SK

-1-